# ATTACHMENT A
# TO
# VERIFIED COMPLAINT



# Shelby County Election Commission

## Candidates Meeting
## August 15, 2019

### Participating Voters List (PVL)

- Will be emailed to those campaigns that request it on the data request order form.
- It is an .xlxs file.
- The first file will go out on Monday, September 16th and will include those voting on Friday, Saturday and the absentee whose ballots have been returned by Saturday.
- The files are generally sent in the morning but there may be occasions when it doesn't arrive until later in the day.
- The list for Saturday's voters isn't sent until the following Monday.
- The PVL is not posted to our website but we do post a count of those who voted at each location.
- Occasionally, I will include some charts and analysis. The ground rules are that if anyone on the distribution list has a question, I will relay both the question and the answer to the entire group.
- Your email address is visible to the entire group.

### Getting Maps and Data

- Printed maps are available for $10 each. Normally they are available from either office but the plotter at the downtown office is broken, so call. Maps can be printed while you wait but be warned that it takes about 20 minutes for each page to print.
- Voter registration lists are available upon request. The list for the entire county with voter history is available in .csv format for $40.
- Voter lists for specific districts are available in .xlsx format but they may take up to two business days to produce. The price for a single district is $18 in .xlsx format.
- Shape files of districts are available from the TN Office of the Comptroller for a charge of $10. Email Matthew.Hill@cot.tn.gov to obtain them.
- We will not put data on your flash drives; only our virus free flash drives can be used on our system.
- All requests for voter data must have a signed data request form as required by TCA §2-2-138.
- CASH ONLY! Sorry, no cards or checks.

### Signs at Early Voting Locations

- The Joint City-County Unified Development Code includes Section 4.9.15H that states "[a]ny private sign installed or placed on public property shall be forfeited to the public and subject to confiscation."
- Signs at 157 Poplar are restricted in size and height for the safety of pedestrians and drivers. Signs placed there that do not conform with the policy will be removed and destroyed.

### Signs at Polling Places

- The Election Commission are not the sign police except for the 100 foot area outside the entrance to each polling place.
- Candidates need to make sure that their signs comply with the sign ordinances for the various municipalities. Links for those ordinances are on our website.
- We refer all citizen complaints about signs to the appropriate agency. If signs are stolen, then call the appropriate police agency.
- Candidates should only be placing signs when they have the owner's permission.

### The 100 Foot Zone

- TCA § 2-7-11 is very clear that there can be no campaigning within 100 feet of the entrances to the building in which the election is taking place. (Notice that it may be entrances, plural.) Look for our signs; they will clearly mark the line.
- No signs, bumper stickers, posters, literature, or campaign workers are allowed within the 100 foot area or in the building except when casting their own vote. <u>The practical effect of this is that campaign workers have to find somewhere else to use the restrooms</u>. Voters and workers alike are not allowed to wear any article of clothing that advocates for or against any candidate or issue inside the 100 ft zone and the polling place. ✳
- Even if your own mother wants help in voting, as a candidate you may not assist anyone in voting. You can't even go inside the polling place except to cast your own ballot.

### Poll Watchers

- You will be getting an email or letter from Deborah Upchurch regarding the appointment of poll watchers.
- Nomination for poll watchers must be in writing and received by us no later than noon on Tuesday, October 1, 2019. If you want to appoint poll watchers for early voting, we need to have the list by noon, the second business day before they start.
- There is no flexibility on those deadlines.
- Please submit your lists as early as possible. The closer it gets to an election, the crazier it gets around here.

### Nursing Homes

- We will begin Nursing Home Voting on September 9th. The schedule is fluid; the final will not be available until September 5th or 6th; even then it might change.
- If you choose to visit Nursing Homes, please remember that during the time we are there, the entire home is technically a polling place and the 100 feet rule applies.

# ATTACHMENT B
# TO
# VERIFIED COMPLAINT



# Shelby County Election Commission
## Poll Watcher Guidelines

### How many poll watchers may be appointed?
- Each candidate may appoint one or more poll watchers for each polling location. Although multiple poll watchers may be appointed to observe at a given polling place, only one appointed poll watcher may be on duty in a polling place at any given time, per candidate.

### How are poll watchers appointed?
- Names must be submitted to SCEC in writing, and be signed by the person or organization authorized to make the appointment.
- Appointments may designate the same person to watch in more than one polling location.

### To what locations may poll watchers be appointed?
Early Voting
- Early Voting Locations
- Nursing homes
- Penal institutions

Election Day
- Precinct polling locations
- Absentee Counting Board

Post-Election Day
- Provisional Counting Board

### When must appointments be submitted to the SCEC?
Early Voting
- No later than noon, two (2) business days before the first day of Early Voting; or
- No later than noon, two (2) business days before the poll watcher will be present at the Early Voting site.

Election Day
- No later than noon, two (2) business days before the election.

Post-Election Day
- No later than noon, two (2) business days before the poll watcher will be present at the Provisional Counting Board.

## Poll watchers cannot engage in campaign activities!
- Absolutely no campaign activities can occur inside the polling place or within the 100-foot boundary.
- Outside the 100-foot boundary/campaign-free zone – it is permitted *after removing the poll watcher badge or credentials*. Once the poll watcher resumes his/her duties as a poll watcher, all campaign activity must cease.

## Who may NOT be appointed as a poll watcher?
- Anyone who will be, or who is, a candidate for an office on the ballot.
- The spouse of a candidate.
- Shelby County Election Commission members.
- Those younger than 17 on Election Day.
- Non-residents of Tennessee

## What must poll watchers do upon arriving at the polls?
- Display his/her appointment badge to the Officer of Elections.
- Sign the poll watcher register.
- Wear a badge displaying his/her name, the appointing organization's name and the words "POLL WATCHER." The Election Commission will provide badges for candidates or organizations to give to their poll watchers, so it will be clear to Poll Officials who is duly appointed. Poll watchers must wear the badges at all times they are in a polling place.

## What activities are permitted?
- Watch and inspect performance in and around the polling place.
- Speak to the judges and the Officer of Elections.
- Challenge voters, *only through the judges*.
- Before the polls open and after they close, inspect tally sheets, poll lists, paper ballots, supplies, and machines.
- Inspect all ballots while being called and counted.
- Inspect counters on the machines to verify numbers are entered accurately.
- Express concern about any aspect of the conduct of the election to the Officer of Elections, the Election Commission or Inspector.
- Be present during all proceedings at the polling place.

**What activities are prohibited?**

- Speaking to voters. This includes greeting the voter or standing in the doorway where the voter enters.
- Interfere with any voter in preparing or casting a ballot.
- Assisting voters.
- Use a cell phone inside the polling place.
- Doing anything that intimidates poll workers or voters. In this instance, intimidation is in the eye of the poll worker or voter. If they feel threatened, the poll watcher will be removed. So, if a poll worker asks a watcher to move back, the watcher should do so.
- Prevent election officials from performing their duties.
- Inspect signature lists during election hours.
- Observe the giving of assistance to a voter.
- Wear campaign material of any kind during the performance of their duties.
- Exit the room of the Absentee Counting Board after the actual counting of ballots begins.
- Possess or use electronic devices when observing the duties of the Absentee Counting Board.
- Take photographs inside the polling place.

8/13/2019