# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA | | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| JACKIE ROBINSON | | | | | | Case Number: 2:19-cv-02653 |

| | PRESIDING JUDGE<br>JOHN T. FOWLKES, JR. | | PLAINTIFF'S ATTORNEY<br>Linda Nettles Harris | | | DEFENDANT'S ATTORNEY<br>Pablo Adrian Varela |
|---|---|---|---|---|---|---|
| | HEARING DATE(S):<br>September 30, 2019 | | COURT REPORTER<br>Mark Dodson | | | COURTROOM DEPUTY<br>Ross Herrin |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| √ | | 09/30/2019 | √ | | | Jackie Robinson |
| √ | | 09/30/2019 | √ | | | Patrice Jordan Robinson |
| 1 | | 09/30/2019 | | √ | √ | Attachment A – Poll-Watcher Permissible Activity Sheet |
| 2 | | 09/30/2019 | | √ | √ | Poll-Watcher Guidelines |
| √ | | 09/30/2019 | √ | | | Gregory Grant |
| 3 | | 09/30/2019 | | √ | √ | Letter from Gregory Grant to Shelby County Election Commission |
| 4 | | 09/30/2019 | | √ | √ | Response from Shelby County Election Commission |
| 5 | | 09/30/2019 | | √ | √ | Document – Early Voting Locations |
| 6 | | 09/30/2019 | | √ | √ | Letter – Candidates Meeting Notice dated 08/15/2019 |
| 7 | | 09/30/2019 | | √ | √ | City of Memphis Municipal Democratic Club's Ballot – October 3, 2019 |
| √ | | 09/30/2019 | √ | | | LaTonya Barber Thomas |
| | √ | 09/30/2019 | √ | | | Linda Phillipa – Administrator of Elections |
| | | | | | | *s/Ross Herrin* D.C.   September 30, 2019 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.