IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| PATRICE JORDAN ROBINSON, | * |
| GREATER MEMPHIS DEMOCRATIC CLUB, | * |
| LATANYA BARBER THOMAS, and, | * |
| JOHNSON SAULSBERRY, III, | * |
| | * Docket No. 19-cv-2653-JTF-tmp |
|      Plaintiffs, | * |
| | * |
| vs. | *   [FORMERLY Shelby County |
| | *   Chancery Court CH-19-1365-3 |
| TRE HARGETT, in his official capacity as | *   Part III |
| TENNESSEE SECRETARY OF STATE | * |
| MARK GOINS, in his official capacity as TENNESSEE | * |
| COORDINATOR OF ELECTIONS FOR THE STATE OF | * |
| LINDA PHILLIPS, in her official capacity as | * |
| Administrator of the Shelby County  Election Commission, | * |
| STEVE STAMSON,  ANTHONY TATE, MATT PRICE, | * |
| BENNIE SMITH, and BRENT TAYLOR, in their official | * |
| capacities as Members of the Board of Commissioners | * |
| of the Shelby County Election Commission, | * |
| | * |
|      Defendants. | * |

_____

STIPULATION OF DISMISSAL
_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action is hereby dismissed

with prejudice and with each party to pay their own attorney fees and costs.  The parties

respectfully request that a judgment of dismissal with prejudice be entered in the above entitled

action pursuant hereto.

Respectfully Submitted,
NETTLES HARRIS LAW FIRM
 /s/Linda Nettles Harris (B.P.R. 012981)
1331 Union Avenue, Suite 1033
Memphis, TN 38104
Ph. (901) 522-2747
Fax (901) 522-2749
lharris@nettlesharrislaw.com

STATE OF TENNESSEE
/s/ Anna M. Waller (B.P.R. 033607)
Kelley L. Groover (B.P.R. 034738)
Assistant Attorneys General
Public Interest Division
301 6th Avenue North
Nashville, TN 37243
Ph.  (615) 532-5510
anna.waller@ag.tn.gov
kelley.groover@ag.tn.gov

 HARRIS SHELTON HANOVER WALSH, PLLC
:      /s/John L. Ryder (B.P.R 08258)
 Pablo A. Varela  (B.P.R. 29436)
 40 S. Main Street, Suite 2210
 Memphis, Tennessee 38103
 Tel: (901) 525-1455
 Fax: (901) 526-4084
 jryder@harrisshelton.com

2