**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **PATRICE JORDAN ROBINSON,** | ) | |
| **GREATER MEMPHIS DEMOCRATIC** | ) | |
| **CLUB, LATANYA BARBER THOMAS,** | ) | |
| **and JOHNSON SAULSBERRY, III,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:19-cv-02653-JTF-tmp** |
| | ) | |
| **TRE HARGETT, in his official capacity as** | ) | |
| **TENNESSEE SECRETARY OF STATE,** | ) | |
| **MARK GOINS, in his official capacity as** | ) | |
| **TENNESSEE COORDINATOR OF** | ) | |
| **ELECTIONS, LINDA PHILLIPS, in her** | ) | |
| **official capacity as Administrator of the** | ) | |
| **Shelby County Election Commission,** | ) | |
| **STEVE STAMSON, ANTHONY TATE,** | ) | |
| **MATT PRICE, BENNIE SMITH, and** | ) | |
| **BRENT TAYLOR, in their official capacities** | ) | |
| **as Members of the Board of Commissioners** | ) | |
| **of the Shelby County Election Commission,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with prejudice, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on January 30, 2020.  (ECF No. 33.)  The Court, being duly

advised, finds that this action is **DISMISSED** in its entirety with prejudice.  Each party shall itself

bear all costs and attorney fees.

**IT IS SO ORDERED** this 30th day of January, 2020.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge