UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PATRICE JORDAN ROBINSON, GREATER
MEMPHIS DEMOCRATIC CLUB, LATANYA
BARBER THOMAS, and JOHNSON
SAULSBERRY, III,

    Plaintiffs,

v.                                       Case No. 2:19-cv-02653-JTF-tmp

TRE HARGETT, in his official capacity as
TENNESSEE SECRETARY OF STATE,
MARK GOINS, in his official capacity as
TENNESSEE COORDINATOR OF ELECTIONS,
LINDA PHILLIPS, in her official capacity as
Administrator of the Shelby County Election Commission,
STEVE STAMSON, ANTHONY TATE, MATT PRICE,
BENNIE SMITH, and BRENT TAYLOR, in their official
capacities of the Shelby County Election Commission

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in accordance with the Order of Dismissal with prejudice entered on January 30, 2020.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                           THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE           CLERK

January 30, 2020                                     Annabelle P. Harris
DATE                                                 (By) LAW CLERK