

Thomas M. Gould

*Clerk of Court*

# United States District Court
# Western District of Tennessee

| | |
|---|---|
| **Federal Building** | **Federal Building** |
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| *901-495-1200 (Telephone)* | *731-421-9200 (Telephone)* |
| *901-495-1250 (Facsimile)* | *731-421-9210 (Facsimile)* |

Date: June 27, 2022

NOTICE:     Retrieval of Exhibits in Case Number: 2:19cv2653

Dear Counsel:

Our records indicate a final determination of the above case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within which to withdraw exhibits in the clerk's custody. In the event the exhibits are not so withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

You are advised the exhibits in this case may be retrieve by contacting the case processing staff at 901-495-1200. **Such arrangements must be made within 10 days from receipt of this notice. Following that date, absent communication from you, the exhibits will be destroyed.**

**PLEASE REVIEW ATTACHED LIST.**

Destruction date: July 18, 2022

Your cooperation is appreciated.

Sincerely,

Thomas M. Gould
Clerk of Court

Case 2:19-cv-02653-JTF-tmp Document 136 Filed 06/27/22 Page 2 of 2 PageID 536
Case 2:19-cv-02653-JTF-tmp Document 16 Filed 09/30/19 Page 1 of 2 PageID 413

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.
JACKIE ROBINSON

**EXHIBIT AND WITNESS LIST**

Case Number: 2:19-cv-02653

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| JOHN T. FOWLKES, JR. | | | Linda Nettles Harris | | Pablo Adrian Varela |
| HEARING DATE(S): | | | COURT REPORTER | | COURTROOM DEPUTY |
| September 30, 2019 | | | Mark Dodson | | Ross Herrin |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| √ | | 09/30/2019 | √ | | | Jackie Robinson |
| √ | | 09/30/2019 | √ | | | Patrice Jordan Robinson |
| 1 | | 09/30/2019 | | √ | √ | Attachment A – Poll-Watcher Permissible Activity Sheet |
| 2 | | 09/30/2019 | | √ | √ | Poll-Watcher Guidelines |
| √ | | 09/30/2019 | √ | | | Gregory Grant |
| 3 | | 09/30/2019 | | √ | √ | Letter from Gregory Grant to Shelby County Election Commission |
| 4 | | 09/30/2019 | | √ | √ | Response from Shelby County Election Commission |
| 5 | | 09/30/2019 | | √ | √ | Document – Early Voting Locations |
| 6 | | 09/30/2019 | | √ | √ | Letter – Candidates Meeting Notice dated 08/15/2019 |
| 7 | | 09/30/2019 | | √ | √ | City of Memphis Municipal Democratic Club's Ballot – October 3, 2019 |
| √ | | 09/30/2019 | √ | | | LaTonya Barber Thomas |
| | √ | 09/30/2019 | √ | | | Linda Phillipa – Administrator of Elections |
| | | | | | | *s/Ross Herrin* D.C.   *September 30, 2019* |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages